UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 816 ELYSIAN FIELDS LLC | CIVIL ACTION |
| VERSUS | No. 22-4290 |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY | SECTION: "J"(1) |

# ORDER

Considering the foregoing *Motion to Enforce Stay and Notice of Liquidation and Statutory Stay* **(Rec. Doc. 9)** submitted by Defendant, United Property & Casualty Insurance Company,

**IT IS HEREBY ORDERED** that the Consent Order Appointing the Florida Department of Financial Services as Receiver of United Property & Casualty Insurance Company for Purposes of Liquidation, Injunction, and Notice of Automatic Stay requires a permanent stay of all claims against United Property & Casualty Insurance Company and is so enforced.

**IT IS FURTHER ORDERED** that this matter be stayed for a period of six (6) months, or until August 28, 2023, pursuant to Louisiana Revised Statute 22:2068(A).

**IT IS FURTHER ORDERED** that each party will bear its own costs.

New Orleans, Louisiana, this 14th day of March, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE